In the Matter of the Claim of EDWARD FREEMAN, Respondent, v. CUSTOM BILT BODY, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott, and Cooke, JJ., concur.